# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Kevin J. Barker | ) |
| *Plaintiff* | ) |
| v. | ) |
| Warden, London Correctional Institution | ) |
| *Defendant* | ) |

Civil Action No.  3:19-CV-67

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____), which includes prejudgment
interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    Judgment in favor of Respondent and against Petitioner; Denying certificate of appealability and leave to
appeal in forma pauperis; termination entry.
.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Walter H. Rice _____ on a motion for
Decision and Entry
.

Date:    9/24/2019 _____

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*