IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KEVIN J. BARKER,

        Petitioner,    :    Case No. 3:19-cv-067

- vs -    District Judge Walter H. Rice
    Magistrate Judge Michael R. Merz

NORM ROBINSON, Warden,
  London Correctional Institution

        :

        Respondent.

## RECOMMITTAL ORDER

This is an action for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which Petitioner has filed Objections (ECF No. 25) to the Magistrate Judge's Report and Recommendations on Motion for Reconsideration (ECF No. 24).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

November 15, 2019.

                                                    Walter H. Rice
                                                United States District Judge